IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CIV 09-243-PHX-MHB |
|         Plaintiff, ) | **SCHEDULING ORDER** |
| vs. ) | |
| 110 Firearms, ) | |
|         Defendants. ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b), the Court enters this Scheduling Order. This action was commenced on February 6, 2009.

The Clerk of the Court assigned this case to the expedited track, pursuant to the Local Rules of Practice for this Court, LRCiv 16.2(b)(1)(A)(i). Under LRCiv 16.2(b)(1)(B), the Court sets the deadlines for the case management of this action, without holding a scheduling conference. Accordingly,

**IT IS ORDERED** that:

1. The deadline for completing discovery is six (6) months from the date the case is at issue, and

2. The deadline for filing dispositive motions is seven (7) months from the date the case is at issue, such date prescribed in Rule 12, Federal Rules of Civil Procedure.

If this matter is stayed pending related criminal proceedings, a written joint status report shall be due every six (6) months from the date of Order to stay case.

1    **IT IS FURTHER ORDERED** that failure to comply with deadlines herein set shall
2    result in dismissal of the case pursuant to LRCiv 41.1;
3    **IT IS FURTHER ORDERED** vacating the Court's Order entered at Doc. #12.
4    Plaintiff shall serve Defendant with a copy of this Order.
5    DATED this 31st day of March, 2009.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge