Jones Law Office
**RICHARD B. JONES**
898 W. Calle de los Higos
Tucson, Arizona 85745
(520) 777.6103
richard.b.jones@azbar.org
AzBar:009144
Attorney for Claimant

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    Plaintiff, )<br>    v. )<br> )<br>110 FIREARMS, )<br>                    Defendant. )<br>********************************** )<br>Tom Lang, )<br>                    Claimant, ) | CV 09-243 PHX MHB<br><br>NOTICE OF SERVICE |

Claimant, gives notice that on April 2, 2009 he served upon counsel for the government, via Certified U.S. Mail, the following:

- Responses to Government's first discovery requests.

- Claimant's Request to Produce Documents.

DATED April 2, 2009.          s/ *Richard B. Jones*
                                            Richard B. Jones
                                            Attorney for Claimant

*Certificate of Service*

I hereby certify that on April 2, 2009 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:
- Reid Pixler, Assistant United States Attorney