IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CIV 09-243-PHX-MHB |
| Plaintiff, | **\*AMENDED ORDER** |
| vs. | |
| 110 Firearms, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, Rule G(8)(c)(ii), the Court will set an evidentiary hearing in this matter to address claim standing. As set forth in the 2006 Advisory Committee Notes for Rule G(8)(c)(ii):

> Paragraph (c)(ii) further identifies three procedures for addressing claim standing. If a claim fails on its face to show facts that support claim standing, the claim can be dismissed by judgment on the pleadings. If the claim shows facts that would support claim standing, those facts can be tested by a motion for summary judgment. If material facts are disputed, precluding a grant of summary judgment, the court may hold an evidentiary hearing. The evidentiary hearing is held by the court without a jury. The claimant has the burden to establish claim standing at a hearing; procedure on a government summary judgment motion reflects this allocation of the burden.

Advisory Committee Notes to Rule G(8)(c)(ii). Finding that the material facts as to claim standing are sufficiently disputed,

**IT IS ORDERED** setting an evidentiary hearing in this matter for *January 20, 2010 at 9:30 a.m. before Magistrate Judge Michelle H. Burns, courtroom 303.

DATED this 13th day of November, 2009.

Michelle H. Burns
United States Magistrate Judge