1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona

3  REID C. PIXLER
   Assistant United States Attorney
   Arizona State Bar Number 12850
4  Two Renaissance Square
   40 North Central Avenue, Suite 1200
5  Phoenix, Arizona 85004-4408
   Telephone: (602) 514-7500
6  E-mail: reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV 09-243-PHX-MHB |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | **RULE G(6) SPECIAL DISCOVERY RE: BAILOR** |
| 110 Firearms, | |
| Defendants, | |

Please take notice that on December 8, 2009, the United States of America, by and through its undersigned counsel, served Plaintiffs Supplemental Special Interrogatories; Including Requests for Productions of Documents and Admissions upon Claimant Thomas Lang through his attorney of record, Richard B. Jones, 898 W. Calle de los Higos, Tucson, Arizona 85745 via Certified U.S. mail.

Respectfully submitted this  8th  day of December, 2009.

                    DENNIS K. BURKE
                    United States Attorney
                     District of Arizona


                    *S/Reid C. Pixler*
                    REID C. PIXLER
                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas Lang
c/o Richard B. Jones
898 W. Calle de los Higos
Tucson, AZ 85745
richard.b.jones@azbar.org

s/ *Regina M. Spurlock*
Regina M. Spurlock