DENNIS K. BURKE
United States Attorney
District of Arizona

REID C. PIXLER
Assistant United States Attorney
Arizona State Bar No. 12850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7537
reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>110 Firearms,<br>Defendants. | CV-09-243-PHX-MHB<br>**NOTICE OF FILING WITNESS AND EXHIBITS LIST** |

Plaintiff submits this Notice in compliance with the Order of this Court entered on November 25, 2009.

Witnesses the Government may call:

1. ATF Agent Clayton Merrill;

2. ATF Agent Carmello Perez;

3. Donald McPhee, an employee of Davidson's

4. Dennis Kirnser

5. Any witness endorsed by Claimant, Mr. Lang on his witness list.

Exhibits which may be produced at the hearing:

1. The CD audio recording of the interview conducted by the ATF agents of Mr. Lang, Exhibit #6, filed on July 31, 2009, and the transcript of that audio recording, filed on May 8, 2009, as Exhibit 1. Both of these exhibits have already been filed with the Court. If there is an issue regarding the accuracy of the transcript the Government will tender the testimony of Jennifer Sailer who prepared the transcript.

2. Excerpts of the Responses to the Special Interrogatories provided by Mr. Lang which have also been filed with the Court as Exhibit #3 filed on May 8, 2009.

3. The record referred to as proof of a medical appointment on September 10, 2008, which required a blood draw from Mr. Lang.  This exhibit was provided by Mr. Lang, and a copy has been filed with the Court on December 21, 2009, as Exhibit B - Advanced Cardiac Specialist Billing Statement.

4. The Government has not received responses to the Supplemental Discovery requests approved by the Court, and therefore cannot determine whether any of the material which may be submitted pursuant to the discovery requests will be relevant to this hearing.

5. The Government gives this additional notice that additional discovery requests and endorsement of witnesses may occur relative to trial of this matter, if any, at a date subsequent to the hearing of January 20, 2010, and additional witnesses may be endorsed for that purpose, should the collection of evidence warrant that course of conduct.

Respectfully submitted this  8th  day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/ Reid C. Pixler

REID C. PIXLER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard B. Jones
898 W. Calle de los Higos
Tucson, AZ 85745
richard.b.jones@azbar.org

s/ *Regina M. Spurlock*
Regina M. Spurlock