DENNIS K. BURKE
United States Attorney
District of Arizona

REID C. PIXLER
Assistant United States Attorney
Arizona State Bar Number 12850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7537
E-mail:Reid.Pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>110 Firearms,<br><br>　　　　　Defendants,<br><br>Thomas Lang,<br><br>　　　　　Claimant. | CV 09-00243-PHX-MHB<br><br>**STIPULATION FOR A RULE 35 MEDICAL EXAM AND PRODUCTION OF MEDICAL RECORDS** |

　　　Plaintiff has moved pursuant to Fed.R.Civ.P. 35 for an order compelling claimant submit to a medical examination to be performed by Dr. William C. Duckworth in the form of a review of medical records requested pursuant to Fed.R.Civ.P. 34, and an interview in the form of taking a medical history.

　　　Claimant and Plaintiff present this stipulation for the consideration of the Court.

　　　1. Thomas Lang agrees to execute and return the medical release form to counsel for the United States as soon as is reasonably practical. In addition, he or his attorney will direct Dr. Sean O'Regan and his staff to produce the requested medical records to counsel for Plaintiff. However, the parties agree that these records shall be produced directly to Dr. William C. Duckworth, who is designated as an Expert Witness by plaintiff. The details of the delivery of the records shall be worked out between the two doctors. However, those records must be produced a week prior to the scheduled interview, and should be completed prior to March 1, 2010.

2. The parties stipulate and agree that Thomas Lang will attend an interview with Dr. Duckworth at his offices at the Veterans Administration (VA) complex, generally located at 7th Street and Indian School in Phoenix.  The office is in Building 21 located within the campus but not part of the main or primary building, and is located in the North Eastern section of the campus.  Mr. Lang may schedule an appointment with Dr. Duckworth between March 7th and 21st by calling by providing contact information, preferably a telephone number to Regina Spurlock no later than February 24, 2010.  Ms Spurlock may be contacted at either 602.514.7548 or by e-mail at Regina.Spurlock@usdoj.gov who will provide that information to Dr. Duckworth.  Dr. Duckworth or a member of his staff will then schedule the appointment.

3. At the conclusion of the interview, Dr. Duckworth may make copies of any records necessary to the preparation of his report and shall return all of the records to Dr. O'Regan.

4. Once the Expert Report has been completed a copy will be provided to counsel for Mr. Lang.

Wherefore, the parties advise the Court of this Stipulation.  As a result further briefing regarding the Rule 35 motion by Plaintiff is not required and the Stipulation does not require approval or the issuance of the Order by the Court.  The parties will pursue this stipulation to complete the collection of this evidence within the time period allowed by the Court.

Respectfully submitted this 19th day of February, 2010.

                                          DENNIS K. BURKE
                                          United States Attorney
                                          District of Arizona

*s/Richard B. Jones*                          *s/Reid C. Pixler*
Richard B. Jones                         REID C. PIXLER
Counsel for Tom Lang                 Assistant U.S. Attorney

2

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard B. Jones
898 W Calle de los Higos
Tucson, AZ 85745
richard.b.jones@azbar.org

s/Regina Spurlock
Regina Spurlock

3